UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LIMELIGHT NETWORKS, INC., <br><br> Defendant. | Case No. 1:16-cv-10253-GAO |

**NOTICE OF APPEARANCE**

Please enter the appearance of Timothy D. Syrett of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, as attorney for Plaintiff Akamai Technologies, Inc. in the above-captioned action.

Respectfully submitted,

AKAMAI TECHNOLOGIES, INC.,

By its attorney,


*/s/ Timothy D. Syrett*
Timothy D. Syrett
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
timothy.syrett@wilmerhale.com

Dated: February 1, 2017

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 1, 2017.

                                        */s/ Timothy D. Syrett*
                                        Timothy D. Syrett