IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>LIMELIGHT NETWORKS, INC.<br><br>Defendant. | Case No. 1:16-cv-10253-GAO<br>Case No. 1:16-cv-12624-GAO |

**JOINT PROPOSED SCHEDULE FOR CONSOLIDATED ACTION**

Pursuant to the Court's February 15, 2017 Order (Dkt. 56), Plaintiff Akamai Technologies, Inc. ("Akamai") and Defendant Limelight Networks, Inc. ("Limelight") and (jointly, the "Parties") hereby provide their proposed schedule for consolidated Case Nos. 1:16-cv-10253-GAO and 1:16-cv-12624-GAO.

| **Proposed Consolidated Schedule** | **Date** |
|---|---|
| Submit Joint Proposed Protective Order to Court | February 28, 2017 |
| Case Management Conference | March 15, 2017 |
| Initial Disclosures | March 22, 2017 |
| Production of documents sufficient to show operation of accused products | March 22, 2017 |
| Amended Pleadings | May 1, 2017 |
| Preliminary Infringement Contentions | June 30, 2017 |
| Preliminary Non-Infringement Contentions | August 11, 2017 |
| Preliminary Invalidity Contentions | August 11, 2017 |
| Simultaneous exchange of list of claim terms | September 8, 2017 |
| Exchange proposed constructions and intrinsic evidence | September 22, 2017 |
| Simultaneous exchange/filing of preliminary claim construction briefs | October 20, 2017 |
| Simultaneous exchange/filing of reply claim construction briefs | November 10, 2017 |
| Joint claim construction and prehearing statement | November 17, 2017 |
| Markman Hearing | December |

Respectfully submitted,

/s/ *Matthew D. Powers*
Matthew D. Powers (CBN #104795)
(*pro hac vice*)
William P. Nelson (CBN #196091)
(*pro hac vice*)
Azra Hadzimehmedovic (CBN # 239088)
(*pro hac vice*)
Robert L. Gerrity (CBN #268084)
(*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:     (650) 802-6000
Facsimile:     (650) 802-6001
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
azra@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com

James L. Messenger (BBO #547236)
Gordon & Rees Scully Mansukhani, LLP
21 Custom House Street, 7th Floor
Boston, Massachusetts 02110
Phone: (617) 902-0098
Fax: (857) 264-2836
Email: jmessenger@gordonrees.com

*Attorneys for Defendant Limelight Networks, Inc.*

/s/ *Michael J. Summersgill*
Michael J. Summersgill (BBO No. 632816)
Cynthia D. Vreeland (BBO No. 635143)
Timothy D. Syrett (BBO No. 663676)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-5000
michael.summersgill@wilmerhale.com
cindy.vreeland@wilmerhale.com
timothy.syrett@wilmerhale.com

Mary V. Sooter (CO Bar No. 35136)
(*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80201
Tel: (720) 274-3135
mindy.sooter@wilmerhale.com

Arthur W. Coviello (BBO No. 670152)
(*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94303
Tel: (650) 858-6000
arthur.coviello@wilmerhale.com

*Attorneys for Plaintiff Akamai Technologies, Inc.*

Date: February 16, 2017

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2017, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

/s/ *Michael J. Summersgill*
Michael J. Summersgill