# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AKAMAI TECHNOLOGIES, INC.

    Plaintiff,

v.

LIMELIGHT NETWORKS, INC.

    Defendant.

Case No. 1:16-cv-10253-GAO
Case No. 1:16-cv-12624-GAO

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Akamai Technologies, Inc. ("Akamai") and Defendant Limelight Networks, Inc. ("Limelight") and (jointly, the "Parties") hereby respectfully request the Court enter the attached Agreed Protective Order for consolidated Case Nos. 1:16-cv-10253-GAO and 1:16-cv-12624-GAO (Exhibit A hereto).

Respectfully submitted,

/s/ Matthew D. Powers
Matthew D. Powers (CBN #104795)
(*pro hac vice*)
William P. Nelson (CBN #196091)
(*pro hac vice*)
Azra Hadzimehmedovic (CBN # 239088)
(*pro hac vice*)
Robert L. Gerrity (CBN #268084)
(*pro hac vice*)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:    (650) 802-6000
Facsimile:    (650) 802-6001
matthew.powers@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
azra@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com

/s/ Michael J. Summersgill
Michael J. Summersgill (BBO No. 632816)
Cynthia D. Vreeland (BBO No. 635143)
Timothy D. Syrett (BBO No. 663676)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-5000
michael.summersgill@wilmerhale.com
cindy.vreeland@wilmerhale.com
timothy.syrett@wilmerhale.com

Mary V. Sooter (CO Bar No. 35136)
(*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1225 17th Street, Suite 2600

James L. Messenger (BBO #547236)
Gordon & Rees Scully Mansukhani, LLP
21 Custom House Street, 7th Floor
Boston, Massachusetts 02110
Phone: (617) 902-0098
Fax: (857) 264-2836
Email: jmessenger@gordonrees.com

*Attorneys for Defendant Limelight
Networks, Inc.*

Denver, CO 80201
Tel: (720) 274-3135
mindy.sooter@wilmerhale.com

Arthur W. Coviello  (BBO No. 670152)
(*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94303
Tel: (650) 858-6000
arthur.coviello@wilmerhale.com

*Attorneys for Plaintiff Akamai Technologies,
Inc.*

Date: April 7, 2017

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2017, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

/s/ *Michael J. Summersgill*
Michael J. Summersgill