UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>LIMELIGHT NETWORKS, INC., <br><br>Defendant. | Case No. 1:16-cv-10253-GAO <br> Case No. 1:16-cv-12624-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Rebecca Bact of Wilmer Cutler Pickering Hale and Dorr, LLP, Sixty State Street, Boston, Massachusetts 02109, as attorney for Plaintiff Akamai Technologies, Inc. in the above-captioned action.

Respectfully submitted,

AKAMAI TECHNOLOGIES, INC.,

By its attorney,

/s/ *Rebecca Bact*
Rebecca Bact
(BBO No. 682411)
WILMER CUTLER
PICKERING HALE AND
DORR, LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-5000
rebecca.bact@wilmerhale.com

Dated: May 4, 2017

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Rebecca A. Bact*
Rebecca A. Bact