# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>LIMELIGHT NETWORKS, INC.<br><br>    Defendant. | Case No. 1:16-cv-10253-GAO<br>Case No. 1:16-cv-12624-GAO |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. Having reviewed the Joint Stipulation, and for good cause shown, it is hereby ORDERED that this consolidated action and all claims and counterclaims asserted herein are dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED

Dated: April __, 2018         FOR THE COURT:

                              By: _____
                              Hon. George A. O'Toole
                              UNITED STATES DISTRICT COURT JUDGE